IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

ANA JULIA FIGUEROA,
        Plaintiff,

v.                              CASE NO.

JETBLUE AIRWAYS CORPORATION,
        Defendants.
_____/

## COMPLAINT

COMES NOW, the Plaintiff, ANA JULIA FIGUEROA, and sues Defendant, JETBLUE AIRWAYS CORPORATION, (hereinafter referred to as "JETBLUE), and alleges:

## COUNT ONE

1. This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of costs and attorney fees.

2. At all times herein mentioned, Defendant, JETBLUE, is a corporation authorized to and doing business in Hillsborough County, Florida .

3. At all times herein mentioned, Defendant, JETBLUE, conducted business in Tampa International Airport and had ownership, custody or control of the overhead compartment bins located above passenger seats throughout the aircraft.

4. On or about November 7, 2014, the Plaintiff, ANA JULIA FIGUEROA, was a passenger on flight 1052 from San Juan, Puerto Rico which had landed at Tampa International Airport in Tampa, Florida.

5. At said time and place, Plaintiff, ANA JULIA FIGUEROA, was awaiting wheelchair service to deplane when Defendant, JETBLUE, by and through its agents, servants and/or employees acting within the scope and course of such agency, service or employment, carelessly and negligently performed their duties allowing Plaintiff,

ANA JULIA FIGUEROA, to be struck by falling luggage and articles from the overhead compartment located above her seat.

## COUNT I – NEGLIGENCE AGAINST JETBLUE

6. Plaintiff, ANA JULIA FIGUEROA, hereby incorporates all factual allegations contained in paragraphs 1 through 5 above.

7. At said time and place, Plaintiff, ANA JULIA FIGUEROA, was awaiting wheelchair service to deplane when Defendant, JETBLUE, by and through its agents, servants and/or employees acting within the scope and course of such agency, service or employment, carelessly and negligently performed their duties allowing Plaintiff, ANA JULIA FIGUEROA, to be struck by falling luggage and articles from the overhead compartment located above her seat.

8. The negligent condition was known or had existed for a sufficient length of time so that the Defendant, JETBLUE, should have known of it.

9. Defendant, JETBLUE, owed the Plaintiff, ANA JULIA FIGUEROA, a duty exercise reasonable care to reduce, minimize or eliminate foreseeable risks before they manifest themselves as dangerous conditions on its aircrafts.

10. Defendant, JETBLUE, breached its duty of care owed to the Plaintiff, ANA JULIA FIGUEROA, by:

    a). Failing to warn the Plaintiff, ANA JULIA FIGUEROA, of the dangerous condition associated with the overhead compartment bins on said airplane;

    b). Failing to warn the Plaintiff, ANA JULIA FIGUEROA, that due to their employees' improper supervision, it would create a hazardous condition associated with the hazardous opening of the overhead compartment storage bins on said airplane;

    c). Failing to adequately supervise the overhead compartment storage bins;

    d). Failing to properly provide training to their employees regarding the proper maintenance and supervision of the overhead compartment storage bins and a

preventing items from falling out of the storage bins, thereby causing a danger to passengers such as the Plaintiff, ANA JULIA FIGUEROA.

    e). Creating a dangerous and hazardous condition;

    f). Negligently supervising the overhead storage compartment bins;

    g). Any other way unearthed through discovery.

11. Defendant, JETBLUE, regularly conducted a mode of operation, such that the condition they created and caused, as described above, presented an unreasonable risk of harm to the passengers such as Plaintiff, ANA JULIE FIGUEROA.

12. As a direct and proximate result of Defendant, JETBLUE's, negligent acts and/or omissions, Plaintiff, ANA JULIA FIGUEROA, suffered bodily injury resulting in pain and suffering, disability, loss of the capacity for the enjoyment of life, expenses of hospitalization, and medical and nursing care and treatment. These losses are either permanent or continuing in nature, and the Plaintiff, ANA JULIA FIGUEROA, will suffer these losses in the future.

    WHEREFORE, Plaintiff, ANA JULIA FIGUEROA, demands judgment against Defendant, JETBLUE, and trial by jury of all issues so triable as a matter of right, and such further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs, demand trial by jury on all issues so trial by jury on all issues so triable as a matter of right.

**THURBER LAW FIRM, P.A.**
3205 W. Waters Avenue
Tampa, Florida 33614
(813) 930-2499
(813) 9308773 Facsimile
Email: thurberlitigation1@gmail.com

_____
John J. Thurber, Esq.
Florida Bar No. 377521
Attorney For Plaintiff